IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                                                                  CIV 08-602 BB/CEG
                                                                                    CR 05-105 BB

PABLO J. TAFOYA,

    Defendant/Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

       The Magistrate Judge filed her Proposed Findings and Recommended Disposition on August 27, 2008 (Doc. 8). The Proposed Findings and Recommended Disposition recommends that the Court deny Tafoya's § 2255 Motion as untimely. Tafoya filed objections to the Proposed Findings and Recommended Disposition on September 8, 2008 (Doc. 9). The Court has carefully reviewed Tafoya's objections *de novo* and finds them to be not well taken.

       Wherefore,

       IT IS HEREBY ORDERED THAT:

       1) the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 8) are adopted;

       2) the Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (Doc. 1) is denied; and

       3) this case is dismissed with prejudice.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE